IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MEGAN ELIZABETH HABRIGA,

        Plaintiff,

v.

        Case No. 20-cv-650-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Commissioner of Social Security, against plaintiff Megan Elizabeth Habriga affirming the decision of the Commissioner and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 8/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |